(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Willie Marion  165057
(Name of Plaintiff)    (Inmate Number)

~~Howard R. Young Correctional Institution~~
~~1301 E. 12th Street Wilm, DE 19801~~
(Complete Address with zip code)

700 W 27 Wilm De 19802

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Chris Williams (CMS)

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

08-159

(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

Jury Trial Requested

I.  **PREVIOUS LAWSUITS**

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NO

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (•Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? Plaintiff filed prisoner grievance Medical GRIEVANCE #151706 #151705

2. What was the result? No answer

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: CHRis Williams

Employed as Correction Medical Services at Howard R. Young Correctional Institution

Mailing address with zip code: 1301 EAST 12th Street Wilmington, De 19801

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. SEE Attachment Supporting Facts Next Page

2. 

3. 

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Damage from (CMS) Corrections Medical Service Compensation Reward Plaintiff For injury $200,000

## SUPPORTING FACTS

The Plaintiff Willie R. Marion, was in Howard R. Young Correctional Institution from 2004 until November 2006. The Plaintiff was complaining to (CMS) Corrections Medical Service and Nurse about a burning sensation in my stomach and throat which started around September 2006 or October 2006 Plaintiff have put in numberless sick call slip in to see the Doctor but was never seen by any Nurse or Doctor. Plaintiff was release on November 9, 2006 Plaintiff still had burning sensation in Plaintiff stomach and throat, on November 10, 2006 it has getting worse so Plaintiff when to hospital around 12:30 P.M. on November 10, 2006 Plaintiff before seeing Doctor and Nurse Plaintiff had spit up a pail of blood, then the Nurse check the Plaintiff vitalsigns and told Plaintiff that Plaintiff sugar level was up at 589 which was to high. The Doctor also said that with in three to four more hour's Plaintiff would been in diabetes coma. Plaintiff was in the hospital for a day getting stick with neddles every two hour's because Plaintiff sugar level would not come down. So Doctor gave Plaintiff a blood transfusion, than Plaintiff sugar level came down. Plaintiff return to Howard R. Young Correctional Institution on february 9, 2008 Plaintiff is still having problem's with (CMS) Corrections Medical Service On Monday february 25, 2008 in the morning around 6:30 A.M. the Nurse told Plaintiff that the Doctor stop all diabetes smack, which should not happen.

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _Willie Marion_ day of _March 20_, 2_008_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4