IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE MARION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-159-GMS |
| ) | |
| CHRIS WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 27th day of March, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

FILED

MAR 27 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE